Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>METRO BANK PLC, VERNON W. HILL, II, CRAIG DONALDSON, MIKE BRIERLEY, and DAVID ARDEN,<br><br>        Defendants. | No. 2:19-cv-04739-AB-JC<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF JOSEPH AMANN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br>CLASS ACTION<br><br>Judge: André Birotte, Jr.<br>Hearing Date: August 30, 2019<br>Time: 10:00 a.m.<br>Ctrm: 7B – First Street Courthouse |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF JOSEPH AMANN'S
MOTION OF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE
OF COUNSEL; 2:19-CV-04739-AB-JC

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Joseph Amann ("Movant"). I make this declaration in support of the Movant's motion for appointment as Lead Plaintiff and approval of its choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:   PSLRA Early Notice;

Exhibit 2:   PSLRA certification executed by Movant;

Exhibit 3:   Movant`s Loss chart;

Exhibit 4:   The firm resume of The Rosen Law Firm, P.A.; and

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 29, 2019.

/s/ Laurence M. Rosen
Laurence M. Rosen

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF JOSEPH AMANN'S MOTION OF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; 2:19-CV-04739-AB-JC

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 29, 2019, I electronically filed the following DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF JOSEPH AMANN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 29, 2019.

/s/ Laurence M. Rosen
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF JOSEPH AMANN'S MOTION OF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; 2:19-CV-04739-AB-JC