# EXHIBIT 3

| | | | | | | | | | | | Lookback |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Metro Bank PLC Loss Chart** | | | | | | | | | | | Price |
| Class Period: March 6, 2018 through May 1, 2019 | | | | | | | | | | | |
| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 7.45902 |
| Joseph Amann | 3/28/2019 | 150 | ($10.75) | ($1,612.50) | | | | | | | | |
| | 3/6/2019 | 150 | ($11.99) | ($1,798.50) | | | | | | | | |
| | 2/27/2019 | 300 | ($14.09) | ($4,227.00) | | | | | | | | |
| | | 600 | | ($7,638.00) | | | | | 600 | $4,475.41 | ($3,162.59) | |