# EXHIBIT B

| Client Name | Betty Diller |
|---|---|
| Company Name | Metro Bank PLC |
| Ticker Symbol | MBNKF |
| Security Type | |
| Class Period Start | 3/6/2018 |
| Class Period End | 5/1/2019 |
| 90-DAY Lookback Period Start | 5/2/2019 |
| 90-DAY Lookback Period End | 7/29/2019 |
| 90-DAY Lookback Average | $ 07.42 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 264,854.7000 |
| *DURA LIFO\* Total* | $ 264,854.70 |
| Gross Shares Purchased | 7,935.00 |
| Net Shares Retained | 7,935.00 |
| Net Funds Expended | $ 330,239.10 |

### Betty Diller

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LbP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LbP Sales | Shares Retained at End of CP | Shares Retained at End of LbP | Per Share Value | Retained Value | LIFO | DURA LIFO\* |
| 06-08-2018 | 345 | $45.30 | $ 15,628.50 | 05-08-2019 | | 345 | $ 08.24 | | $ 2,842.80 | 345 | - | $ 07.42 | | $ 12,785.70 | $ 12,785.70 |
| 06-08-2018 | 500 | $45.30 | $ 22,650.00 | 05-08-2019 | | 500 | $ 08.24 | | $ 4,120.00 | 500 | - | $ 07.42 | | $ 18,530.00 | $ 18,530.00 |
| 06-08-2018 | 1100 | $45.30 | $ 49,830.00 | 05-08-2019 | | 1100 | $ 08.24 | | $ 9,064.00 | 1100 | - | $ 07.42 | | $ 40,766.00 | $ 40,766.00 |
| 06-08-2018 | 287 | $45.25 | $ 12,986.75 | 05-08-2019 | | 287 | $ 08.24 | | $ 2,364.88 | 287 | - | $ 07.42 | | $ 10,621.87 | $ 10,621.87 |
| 06-18-2018 | 1587 | $44.15 | $ 70,066.05 | 05-08-2019 | | 1587 | $ 08.24 | | $ 13,076.88 | 1587 | - | $ 07.42 | | $ 56,989.17 | $ 56,989.17 |
| 06-19-2018 | 616 | $43.50 | $ 26,796.00 | 05-08-2019 | | 616 | $ 08.24 | | $ 5,075.84 | 616 | - | $ 07.42 | | $ 21,720.16 | $ 21,720.16 |
| 10-01-2018 | 2745 | $37.82 | $ 103,815.90 | 05-08-2019 | | 2745 | $ 08.24 | | $ 22,618.80 | 2745 | - | $ 07.42 | | $ 81,197.10 | $ 81,197.10 |
| 10-01-2018 | 265 | $37.82 | $ 10,022.30 | 05-08-2019 | | 265 | $ 08.24 | | $ 2,183.60 | 265 | - | $ 07.42 | | $ 7,838.70 | $ 7,838.70 |
| 10-01-2018 | 490 | $37.64 | $ 18,443.60 | 05-08-2019 | | 490 | $ 08.24 | | $ 4,037.60 | 490 | - | $ 07.42 | | $ 14,406.00 | $ 14,406.00 |
| **Total:** | **7,935.00** | | **$ 330,239.10** | | | **$ 7935** | | | **$65,384.40** | **7,935.00** | | | | **$ 264,854.70** | **$ 264,854.70** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.