**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
JOHN T. JASNOCH (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

*Attorneys for Lead Plaintiff Movants*
*Angelo and Stella Lavdas*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>METRO BANK PLC, VERNON W. HILL, II, CRAIG DONALDSON, MIKE BRIERLEY, AND DAVID ARDEN,<br><br>Defendants. | Case No. 2:19-cv-04739-AB-JC<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION OF PLAINTIFFS ANGELO AND STELLA LAVDAS FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**<br><br>Date:    September 13, 2019<br>Time:   10:00 a.m.<br>Dept.:   7B<br>Judge:  Hon. André Birotte Jr. |

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of this Court.  I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2.     I make this Declaration in Support of the motion of Lead Plaintiff movants and putative Class members Angelo and Stella Lavdas (the "Lavdas") for an order: (1) appointing the Lavdas as Lead Plaintiff; and (2) approving the Lavdas' selection of Scott+Scott as Lead Counsel.  I have personal knowledge of the matters stated herein and if called upon, I could, and would, competently testify thereto.

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION OF PLAINTIFFS ANGELO AND STELLA LAVDAS FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, CASE NO. 2:19-cv-04739-AB-JC

3.     Attached are true and correct copies of the following:

- Exhibit A:     Notice published on May 30, 2019 via *Business Wire*;

- Exhibit B:     The Lavdas' Certification pursuant to the Private Securities Litigation Reform Act of 1995;

- Exhibit C:     The Lavdas' Loss Chart; and

- Exhibit D:     Scott+Scott's Firm Résumé.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on the 29th of July, 2019, in San Diego, California.

_s/ John T. Jasnoch_____
John T. Jasnoch (CA 281605)

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION OF PLAINTIFFS ANGELO AND STELLA LAVDAS FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, CASE NO. 2:19-cv-04739-AB-JC