# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 03/06/2018 to 05/01/2019**

**METRO BANK PLC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| **MBNKF** | **G60640102** | **BYMY0Y1** | **GB00BZ6STL67** | **$7.41068 *** |

**Angelo Lavdas & Stella Lavdas JT**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 7/25/2018 | 1,334 | $45.01 | -$60,036.95 |
| **Class Period purchases:** | | **1,334** | | **-$60,036.95** |
| | LIFO Retained Purchases: | 1,334 | $7.41068 | $9,885.85 |

**\* Value of retained shares is the mean trading price from 05/02/2019 to 07/29/2019**          **LIFO Gain/(Loss):**          **-$50,151.10**