**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
JOHN T. JASNOCH (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

*Attorneys for Lead Plaintiff Movants*
*Angelo and Stella Lavdas*

[Additional counsel on signature page.]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMANN, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>METRO BANK PLC, VERNON W. HILL, II, CRAIG DONALDSON, MIKE BRIERLEY, AND DAVID ARDEN,<br><br>　　　　Defendants. | Case No. 2:19-cv-04739-AB-JC<br><br>**MEMORANDUM OF POINTS & AUTHORITIES OF PLAINTIFFS ANGELO AND STELLA LAVDAS IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date:　September 13, 2019<br>Time:　10:00 a.m.<br>Dept.:　7B<br>Judge:  Hon. André Birotte Jr. |

Movants Angelo and Stella Lavdas (the "Lavdas") respectfully submit this Memorandum of Points and Authorities: (i) in further support of their motion for appointment as lead plaintiff, and approval of selection of counsel (ECF No. 25); and (ii) in opposition to the competing motion of Plaintiff Joseph Amann (ECF No. 18).[1]

## PRELIMINARY STATEMENT

There are currently two competing sets of movants who filed timely motions seeking appointment as lead plaintiff on behalf of purchasers of Metro Bank securities during the Class Period.[2]  These motions were filed by: (1) Angelo and Stella Lavdas (ECF No. 25); and (2) Joseph Amann ("Movant Amann") (ECF No.18).  As set forth in their opening papers, the Lavdas have the largest financial interest and otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23").  *See* ECF No. 25.  Movant Amann has a significantly smaller financial interest than the Lavdas.  Accordingly, the Lavdas should be appointed lead plaintiff and their selection of counsel, Scott+Scott Attorneys at Law LLP ("Scott+Scott"), should be approved as lead counsel.

## ARGUMENT

As set forth in the Lavdas' opening papers, Courts typically consider the "'Olsten-Lax' Factors'" in assessing the financial interest of lead plaintiff movants: "(1) the number of shares purchased during the class period; (2) the number of net shares purchased during the class period; (3) the total net funds expended during the class period; and (4) the amount of loss suffered."  *Knox v. Yingli Green Energy Holding Co. Ltd.*, 136 F. Supp. 3d 1159, 1163 (C.D. Cal. 2015) (quoting *In re Olsten Corp. Sec. Litig.*, 3 F. Supp. 2d 286, 295 (E.D.N.Y. 1998) and *Lax v. First Merchants Acceptance Corp.*, No. 97 C 2715, 1997 WL 461036, at *5 (N.D. Ill. Aug. 11, 1997).  The fourth factor, approximate loss suffered, is the most determinative factor

---

[1]   A competing motion filed by movant Betty Diller was withdrawn on August 9, 2019. (ECF No. 28).

[2]   All capitalized terms herein are defined in the Lavdas' moving brief, unless otherwise indicated. *See* ECF No. 25.

1

that courts consider to identify the largest financial interest. *Knox*, 136 F. Supp. 3d at 1163; *Vancouver Alumni Asset Holdings, Inc. v. Daimler AG,* No. CV 16-2942 SJO (KSx), 2016 WL 10646304, at *2 (C.D. Cal. July 20, 2016) ("approximate loss suffered is considered the most important or best measure for determining who has the largest financial interest").

As demonstrated by the following chart, the Lavdas have alleged a significantly greater loss than Movant Amann, the only remaining movant seeking appointment as lead plaintiff:

| Movant | Net Loss |
|---|---|
| Angelo and Stella Lavdas | $50,151 |
| Joseph Amann | $3,162.59 |

Since the Lavdas have the largest financial interest in the relief sought by the class, have filed a timely motion, and have made a *prima facie* showing that they satisfy the typicality and adequacy requirements of Rule 23, in that they have preliminarily shown that their claims and interests are typical and aligned with the claims and interests of the other members of the putative Class, the Lavdas are the presumptively most adequate plaintiff. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I); *see also In re Cavanaugh,* 306 F.3d 726, 730-732 (9th Cir. 2002) ("If the plaintiff with the largest financial stake in the controversy provides information that satisfies these requirements, he becomes the presumptively most adequate plaintiff.").

Because the Lavdas are the presumptively most adequate plaintiff, their selection of Scott+Scott as lead counsel should also be approved. *See In re Cohen*, 586 F.3d 703, 712 (9th Cir. 2009) ("[I]f the lead plaintiff has made a reasonable choice of counsel, the district court should generally defer to that choice.") (citing *In re Cendant Corp. Litig.*, 264 F.3d 201, 276 (3d Cir. 2001)); *Cavanaugh*, 306 F.3d at 733 n.12.

In light of the foregoing, and given the required process under the PSLRA, Movant Amann's competing motion should be denied, and the Court should appoint the Lavdas as Lead Plaintiff and approve their selection of Scott+Scott to serve as Lead Counsel.

DATED: August 9, 2019

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s*/ John T. Jasnoch

John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

– and –

Jonathan Zimmerman
jzimmerman@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334

Brian Schall
brian@schallfirm.com
**THE SCHALL LAW FIRM**
1880 Century Park East, Suite 404
Los Angeles, CA  90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192

*Attorneys for Lead Plaintiff Movants*
*Angelo and Stella Lavdas*

MEMORANDUM OF POINTS & AUTHORITIES OF PLAINTIFFS ANGELO AND STELLA LAVDAS IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
CASE NO. 2:19-cv-04739-AB-JC

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Executed on August 9, 2019, at San Diego, California.

*s*/ John T. Jasnoch
John T. Jasnoch (CA 281605)

MEMORANDUM OF POINTS & AUTHORITIES OF PLAINTIFFS ANGELO AND STELLA LAVDAS IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
CASE NO. 2:19-cv-04739-AB-JC