Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>METRO BANK PLC, VERNON W. HILL, II, CRAIG DONALDSON, MIKE BRIERLEY, and DAVID ARDEN,<br><br>Defendants. | No. 2:19-cv-04739-AB-JC<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF JOSEPH AMANN'S OPPOSITION TO COMPETING LEAD PLAINTIF MOTIONS**<br><br><u>CLASS ACTION</u><br><br>Judge: André Birotte, Jr.<br>Hearing Date: August 30, 2019<br>Time: 10:00 a.m.<br>Ctrm: 7B – First Street Courthouse |

1

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Joseph Amann ("Movant"). I make this declaration in support of the Movant's opposition to the competing lead plaintiff motions. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:   Screenshot showing daily trading range for Metro Bank PLC securities on July 25, 2018, as reported by *MarketWatch*.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 9, 2019.

/s/ Laurence M. Rosen
Laurence M. Rosen

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF JOSEPH AMANN'S OPPOSITION TO COMPETING LEAD PLAINTIF MOTIONS; 2:19-CV-04739-AB-JC

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 29, 2019, I electronically filed the following DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF JOSEPH AMANN'S OPPOSITION TO COMPETING LEAD PLAINTIF MOTIONS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 29, 2019.

/s/ Laurence M. Rosen
Laurence M. Rosen

3