# EXHIBIT 1

Log In

**Watch**

Latest News                                    View All

4:12p 'Big Short' Investor: Zillow's Home Buying Business Is Dangerous

4:03p Dow industrials record 0.8% weekly fall

4:03p Nasdaq down 0.6% for the week

Virtual Stock Exchange

**Our free stock-market game**
- Trade your virtual portfolio in real time
- Talk strategies in group discussions
- Find or create a game that suits you
- Use our learning center to improve

August 9, 2019              2:08 PM EDT

| New York | London | Tokyo |
|----------|--------|-------|
| After | Closed | Closed |

| | | |
|---|---|---|
| DOW | -90.75 | NASDAQ | -80.02 | S&P 500 | -19.44 |
| 26,287.44 | -0.34% | 7,959.14 | -.00% | 2,918.65 | -0.66% |

---

**Home**  **News Viewer**  **Markets**  **Investing**  **Personal Finance**  **Retirement**  **Economy**  **Real Estate**  **Entertainment**      Watchlist  Alerts  Games

**A New Watchlist**                                                              ✕

We've updated Watchlist! The changes include a new, responsive design featuring extended-hours data and more news. **Learn More**

---

# Metro Bank PLC
OTC: MBNKF

Set Alerts
Market Index

Enter Symbols or Keywords   [GO]

OVERVIEW   PROFILE   CHARTS   FINANCIALS   **HISTORICAL QUOTES**   ANALYST ESTIMATES   OPTIONS   SEC FILINGS   INSIDERS

Market open --Quotes are delayed by 20 min                    Aug 9, 2019, 11:25 a.m.

$**3.60**      -0.35 -8.86%
            Volume 18,624

10a  11a  12p  1p  2p  3p

| Previous close | Day low | Day high | 52 week low | 52 week high |
|---|---|---|---|---|
| $ 3.95 | $3.50 | $3.77 | $3.50 | $40.69 |

Enter Date: 07/25/2018   [Set]

## Historical quote for: MBNKF

Wednesday, July 25, 2018

| | |
|---|---|
| Closing price: | $45.00 |
| Open: | $45.00 |
| High: | $45.00 |
| Low: | $45.00 |
| Volume: | 1,334 |



---

**MarketWatch.com**      Enter Symbols or Keywords   [SEARCH]

| Site Index | Company Info | Follow MarketWatch | WSJ.com | Financial News London |
|---|---|---|---|---|
| Topics | Code of Conduct | | Barron's Online | WSJ.com Small Business |
| Help | Corrections | **RSS** | BigCharts | realtor.com |
| Feedback | Advertising Media Kit | Podcasts | Virtual Stock Exchange | Mansion Global |
| Newsroom Roster | Advertise Locally | | | |
| Media Archive | Reprints & Licensing | | | |
| Premium Products | Your Ad Choices | | | |
| Mobile | | | | |

**MarketWatch**

Copyright © 2019 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the **Terms of Service**, **Privacy Policy** and **Cookie Policy**.

Intraday Data provided by **FACTSET** and subject to **terms of use**. Historical and current end-of-day data provided by **FACTSET**. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.



Trending Tickers   **VUZI** +15.60% | **JCP** -5.83% | **NUGT** -2.93% | **JNUG** -5.94% | **TLT** +1.11%      Powered by StockTwits   X