Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Lead Plaintiff and Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMANN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> METRO BANK PLC, VERNON W. HILL, II, CRAIG DONALDSON, MIKE BRIERLEY, and DAVID ARDEN, <br><br> Defendants. | No.  2:19-cv-04739-AB-JC <br><br> **REPLY OF IN FURTHER SUPPORT OF JOSEPH AMANN'S LEAD PLAINTIFF MOTION** <br><br> CLASS ACTION <br><br> Judge: André Birotte, Jr. <br> Hearing Date: August 30, 2019 <br> Time: 10:00 a.m. <br> Ctrm: 7B – First Street Courthouse |

1

REPLY OF IN FURTHER SUPPORT OF JOSEPH AMANN'S LEAD PLAINTIFF
MOTION; 2:19-CV-04739-AB-JC

Movant Joseph Amann respectfully submits this reply in further support of his motion seeking appointment as lead plaintiff and approval of their choice of lead counsel.

Remaining before the court are two competing movants for appointment as lead plaintiff: Mr. Amann, and Angela and Stella Lavdas (the "Lavdas").

As discussed in Mr. Amann's opposition, Dkt. No. 30, though they assert a larger loss, the Lavdas do not satisfy the adequacy and typicality requirements of Rule 23. First, they submitted false sworn certifications that misstate their lone trade.  While they might argue the error is immaterial because it is only a one cent mistake, that an error was made on their lone trade in a sworn document, is a key misstep.

Second, their certifications do not comport with the PSLRA requirement that the certification set forth all trades within the class period. The certifications only purport to provide the class period trades the Ladvas' made to the best of their current knowledge—which demonstrated by their error on their trade is sketchy at best.  Dkt. No. 26-2 at 2, 4. But, the PSLRA requires that all trades be set forth by one seeking appointment as lead plaintiff, without qualification. 15 U.S.C. § 78u-4(a)(2)(iv). The Lavdas' certifications fail to do so. And because of these deficiencies in their certifications, the Lavdas cannot satisfy the requirements of Rule 23, and their motion must be denied.

In contrast, Mr. Amann is the only remaining movant that satisfies the requirements of Rule 23. Mr. Amann filed the initial complaint and suffered an individual loss of over $3,000. He made a *prima facie* demonstration of his adequacy and typicality which have not been rebutted. Indeed, in their

2

REPLY OF IN FURTHER SUPPORT OF JOSEPH AMANN'S LEAD PLAINTIFF MOTION; 2:19-CV-04739-AB-JC

opposition, the Lavdas do not attack Mr. Amann's adequacy or typicality, they only argue that they have a larger loss. But, calculating numerical loss is only the first step of the process. The second step is analyzing a proposed lead plaintiff's typicality and adequacy under Rule 23, which only Mr. Amann can satisfy. *In re Cavanaugh*, 306 F. 3d 726, 730-31 (9th Cir. 2002).

Hence, Mr. Amann respectfully requests that the Court issue an Order appointing him as Lead Plaintiff for the class, approving The Rosen Law Firm P.A. as Lead Counsel, denying the competing Lead Plaintiff Motion, and granting such other relief as the Court may deem to be just and proper.

Dated:  August 16, 2019          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead
Plaintiff Movant and Class*

3

REPLY OF IN FURTHER SUPPORT OF JOSEPH AMANN'S LEAD PLAINTIFF MOTION; 2:19-CV-04739-AB-JC

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 333 South Grand Avenue, 25th Floor, Los Angeles, California.  I am over the age of eighteen.

On August 16, 2019, I electronically filed the following **REPLY OF IN FURTHER SUPPORT OF JOSEPH AMANN'S LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 16, 2019.

/s/ Laurence Rosen
Laurence M. Rosen

4

REPLY OF IN FURTHER SUPPORT OF JOSEPH AMANN'S LEAD PLAINTIFF MOTION; 2:19-CV-04739-AB-JC