# EXHIBIT C

Case 2:19-cv-04739-TJH-JC   Document 32-4   Filed 08/16/19   Page 2 of 5   Page ID #:377

# EXHIBIT 2

Case 2:18-cv-07469-PSG-PLA   Document 32-2   Filed 10/23/18   Page 3 of 4   Page ID #:378

## SHAREHOLDER CERTIFICATION

1.      I, David Kovacs, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

2.      I have reviewed the complaint against FAT Brands, Inc. ("FAT Brands" or the "Company") and authorize the filing of a motion, pursuant to the PSLRA, for appointment as lead plaintiff on my behalf.

3.      I did not purchase or acquire FAT Brands securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired FAT Brands securities during the class period specified in the complaint (the "Class Period"), including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the following are my transactions in FAT Brands securities during the Class Period.:

| Date | Purchase/Sale | Number of Shares | Price per Share |
|---|---|---|---|
| 10/20/17 | Purchase | 2,000 | $12.00 |

6.      During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Date: 08/27/2018 _____

_____
David Kovacs

Case 2:18-cv-07469-PSG-PLA   Document 32-2   Filed 10/23/18   Page 39 of 4   Page ID #:379

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against FAT Brands Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The FAT Brands Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

| | |
|---|---|
| First name: | Charles   **REDACTED** |
| Middle initial: | Richard |
| Last name: | JORDAN |
| Address: | ███████████ |
| City: | ███████████ |
| State: | ██ |
| Zip: | █████ |
| Country: | ██ |
| Facsimile: | |
| Phone: | ███████████ |
| Email: | ████████████████████ |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 10/19/17 | 5215 | 12.00 |

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:                    YES

**Certification for Charles JORDAN (cont.)**

By clicking on the button below, I intend to sign and execute
this agreement and retain the Rosen Law Firm, P.A. to
proceed on Plaintiff's behalf, on a contingent fee basis.                **YES**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform
Electronic Transactions Act as adopted by the various states and territories of the
United States.

Date of signing: 08/27/2018