# EXHIBIT D

Case 2:19-cv-01029-CBM-GJS   Document 26-2   Filed 05/06/19   Page 190 of 12   Page ID #:382

# EXHIBIT B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, _____ Anthony J. Keek, MD _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against CenturyLink, Inc. ("CenturyLink" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire CenturyLink securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired CenturyLink securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in CenturyLink securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.

Executed ____4/27/2019____
              (Date)

_____
(Signature)

_____
(Type or Print Name)

**CenturyLink, Inc. (2019) (CTL)**                                          **Keele, Anthony J.**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 1 | | | |
| 5/23/2018 | Purchase | 31,100 | $19.1500 |
| 6/21/2018 | Purchase | 940 | $18.4500 |
| 7/11/2018 | Purchase | 31,200 | $19.8500 |
| 8/14/2018 | Purchase | 28,050 | $22.4000 |
| 8/17/2018 | Purchase | 2,400 | $23.1899 |
| 8/17/2018 | Purchase | 2,300 | $23.1900 |
| 8/17/2018 | Purchase | 104 | $23.2000 |
| 8/17/2018 | Purchase | 1,300 | $23.2100 |
| 8/17/2018 | Purchase | 1,780 | $23.2190 |
| 8/17/2018 | Purchase | 1,000 | $23.2199 |
| 8/17/2018 | Purchase | 2,521 | $23.2200 |
| 8/17/2018 | Purchase | 10,700 | $23.2299 |
| 8/17/2018 | Purchase | 4,895 | $23.2300 |
| 8/21/2018 | Purchase | 400 | $23.9700 |
| 8/21/2018 | Purchase | 1,000 | $23.9800 |
| 8/21/2018 | Purchase | 8,220 | $23.9900 |
| 8/21/2018 | Purchase | 17,180 | $24.0000 |
| 9/20/2018 | Purchase | 677 | $22.6500 |
| 12/17/2018 | Purchase | 1,027 | $16.7000 |
| 5/10/2018 | Sale | 31,146 | $19.1000 |
| 7/5/2018 | Sale | 31,100 | $19.3500 |
| 7/5/2018 | Sale | 940 | $19.3500 |
| 8/9/2018 | Sale | 31,200 | $20.0500 |
| 8/15/2018 | Sale | 28,050 | $22.6200 |
| 8/17/2018 | Sale | 27,000 | $23.5500 |
| Account 2 | | | |
| 5/18/2018 | Purchase | 586 | $19.1500 |
| 5/23/2018 | Purchase | 114 | $19.1500 |
| 6/21/2018 | Purchase | 34 | $18.4500 |
| 7/11/2018 | Purchase | 700 | $19.8500 |
| 8/8/2018 | Purchase | 1,000 | $18.4399 |
| 8/14/2018 | Purchase | 1,550 | $22.4000 |
| 8/17/2018 | Purchase | 1,490 | $23.1893 |
| 8/21/2018 | Purchase | 1,480 | $23.9821 |
| 9/20/2018 | Purchase | 63 | $22.6500 |
| 12/17/2018 | Purchase | 80 | $16.7000 |
| 5/10/2018 | Sale | 715 | $19.1000 |
| 7/5/2018 | Sale | 34 | $19.3500 |
| 7/5/2018 | Sale | 700 | $19.3500 |
| 8/9/2018 | Sale | 1,700 | $20.0500 |
| 8/15/2018 | Sale | 1,550 | $22.6200 |
| 8/17/2018 | Sale | 1,490 | $23.5500 |
| Account 3 | | | |
| 5/23/2018 | Purchase | 21,500 | $19.1500 |
| 6/21/2018 | Purchase | 710 | $18.4500 |
| 7/11/2018 | Purchase | 21,750 | $19.8500 |
| 8/14/2018 | Purchase | 16,500 | $22.4000 |

**CenturyLink, Inc. (2019) (CTL)**                                                    **Keele, Anthony J.**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 8/14/2018 | Purchase | 3,000 | $22.3950 |
| 8/17/2018 | Purchase | 26,800 | $23.3000 |
| 8/17/2018 | Purchase | 1,800 | $23.2900 |
| 8/17/2018 | Purchase | 200 | $23.2850 |
| 8/17/2018 | Purchase | 100 | $23.2800 |
| 8/21/2018 | Purchase | 8,630 | $24.0000 |
| 8/21/2018 | Purchase | 4,900 | $23.9900 |
| 8/21/2018 | Purchase | 3,200 | $23.9899 |
| 8/21/2018 | Purchase | 3,100 | $23.9700 |
| 8/21/2018 | Purchase | 2,700 | $23.9650 |
| 8/21/2018 | Purchase | 1,800 | $23.9690 |
| 8/21/2018 | Purchase | 1,770 | $23.9800 |
| 8/21/2018 | Purchase | 1,500 | $23.9675 |
| 8/21/2018 | Purchase | 800 | $23.9880 |
| 8/21/2018 | Purchase | 100 | $23.9750 |
| 8/21/2018 | Purchase | 100 | $23.9850 |
| 9/20/2018 | Purchase | 753 | $22.6500 |
| 5/10/2018 | Sale | 21,590 | $19.1000 |
| 7/5/2018 | Sale | 200 | $19.3600 |
| 7/5/2018 | Sale | 710 | $19.3500 |
| 7/5/2018 | Sale | 21,300 | $19.3500 |
| 8/9/2018 | Sale | 21,750 | $20.0500 |
| 8/15/2018 | Sale | 19,500 | $22.6200 |
| 8/17/2018 | Sale | 28,900 | $23.5500 |
| | | | |
| Account 4 | | | |
| 5/23/2018 | Purchase | 28,900 | $19.1500 |
| 6/21/2018 | Purchase | 900 | $18.4500 |
| 7/11/2018 | Purchase | 28,029 | $19.8500 |
| 7/11/2018 | Purchase | 971 | $19.8400 |
| 8/14/2018 | Purchase | 24,800 | $22.4000 |
| 8/14/2018 | Purchase | 1,200 | $22.3950 |
| 8/17/2018 | Purchase | 4,376 | $23.2800 |
| 8/17/2018 | Purchase | 4,100 | $23.2700 |
| 8/17/2018 | Purchase | 2,324 | $23.2600 |
| 8/17/2018 | Purchase | 1,200 | $23.2599 |
| 8/17/2018 | Purchase | 600 | $23.2690 |
| 8/17/2018 | Purchase | 400 | $23.2900 |
| 8/17/2018 | Purchase | 12,000 | $23.2699 |
| 8/21/2018 | Purchase | 23,300 | $24.0000 |
| 8/21/2018 | Purchase | 1,400 | $23.9900 |
| 8/21/2018 | Purchase | 100 | $23.9800 |
| 9/20/2018 | Purchase | 602 | $22.6500 |
| 5/10/2018 | Sale | 28,981 | $19.1000 |
| 7/5/2018 | Sale | 900 | $19.3500 |
| 7/5/2018 | Sale | 28,900 | $19.3500 |
| 8/9/2018 | Sale | 29,000 | $20.0500 |
| 8/15/2018 | Sale | 26,000 | $22.6200 |
| 8/17/2018 | Sale | 25,000 | $23.5500 |

**CenturyLink, Inc. (2019) (CTL)**                                                    **Keele, Anthony J.**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 5 | | | |
| 5/23/2018 | Purchase | 112 | $19.1500 |
| 6/21/2018 | Purchase | 5 | $18.4500 |
| 7/11/2018 | Purchase | 112 | $19.8500 |
| 8/14/2018 | Purchase | 101 | $22.4000 |
| 8/17/2018 | Purchase | 97 | $23.2500 |
| 8/21/2018 | Purchase | 96 | $23.9238 |
| 9/20/2018 | Purchase | 3 | $22.6500 |
| 12/13/2018 | Purchase | 4 | $16.8000 |
| 5/10/2018 | Sale | 114 | $19.1000 |
| 7/5/2018 | Sale | 5 | $19.3500 |
| 7/5/2018 | Sale | 112 | $19.3500 |
| 8/9/2018 | Sale | 112 | $20.0500 |
| 8/15/2018 | Sale | 101 | $22.6200 |
| 8/17/2018 | Sale | 97 | $23.5500 |

Case 2:19-cv-04739-TJH-JC   Document 28-5   Filed 08/16/19   Page 8 of 13   Page ID #:438

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.   I, Todd Johnson, on behalf of Rainier Capital Management Partners LLC, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against CenturyLink, Inc. ("CenturyLink" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire CenturyLink securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired CenturyLink securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in CenturyLink securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Executed ____May 6, 2019____
                    (Date)

RAINIER CAPITAL MANAGEMENT PARTNERS LLC
_____
(Entity Name)

_____
(Signature)

Todd L Johnson
_____
(Type or Print Name)

**CenturyLink, Inc. (2019) (CTL)**           **Rainier Capital Management Partners LLC**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 9/17/2018 | Purchase | 10,000 | $22.7480 |
| 9/18/2018 | Purchase | 12,000 | $22.8747 |
| 9/20/2018 | Purchase | 11,000 | $22.4468 |
| 9/21/2018 | Purchase | 11,000 | $22.5777 |
| 9/24/2018 | Purchase | 5,500 | $22.9700 |
| 10/3/2018 | Purchase | 5,700 | $21.7678 |
| 10/11/2018 | Purchase | 12,200 | $20.5000 |
| 10/30/2018 | Purchase | 12,400 | $20.0052 |
| 11/9/2018 | Purchase | 13,200 | $18.9299 |
| 11/7/2018 | Purchase | 11,800 | $21.1500 |
| 1/15/2019 | Purchase | 31,000 | $16.2984 |
| 1/29/2019 | Purchase | 31,500 | $15.1499 |
| 1/30/2019 | Purchase | 1,000 | $14.9950 |
| 2/25/2019 | Purchase | 38,000 | $13.2758 |
| 10/17/2018 | Sale | 12,200 | $21.1400 |
| 10/31/2018 | Sale | 12,400 | $20.8990 |
| 11/16/2018 | Sale | 13,200 | $19.1212 |
| 2/5/2019 | Sale | 33,500 | $14.8519 |

DocuSign Envelope ID: 77D90F74-5B51-4E78-8B64-9E37E541F574

# CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against CenturyLink, Inc. (NYSE: CTL) and its current and former officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against CenturyLink, Inc. and its current and former officers and directors and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales I have made in CenturyLink, Inc. securities during the Class Period set forth in the complaint.  I have made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| **SEE ATTACHED** | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL OR EMAIL:
THE ROSEN LAW FIRM PA
275 Madison Avenue, 34th Floor
New York, New York 10016
info@rosenlegal.com

5.      I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):


6.      I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of _____, 2019.

5/5/2019

— DocuSigned by:

Signature: Tate B. Jennings
_____79E1BE03043640F...
Name:  Tate B. Jennings
Addre      Redacted


Phone:
E-mail:


Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827          2
OR MAIL OR EMAIL:
THE ROSEN LAW FIRM PA
275 Madison Avenue, 34th Floor
New York, New York 10016
info@rosenlegal.com

**CenturyLink, Inc. (2019) (CTL)**                                          **Jennings, Tate**

## List of Purchases and Sales

| Security Type | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | | | | |
| Common Stock | 8/21/2018 | Purchase | 19,123 | $24.0002 |
| Common Stock | 8/21/2018 | Purchase | 877 | $24.0002 |
| Common Stock | 8/17/2018 | Sale | 1,500 | $21.0000 |
| Common Stock | 8/17/2018 | Sale | 2,500 | $21.0000 |
| Common Stock | 8/17/2018 | Sale | 17,500 | $21.0000 |
| Common Stock | 8/17/2018 | Sale | 500 | $21.0000 |
| Common Stock | 8/17/2018 | Sale | 500 | $21.0000 |
| | | | | |
| Call $21 Exp 8/17/2018 | 7/6/2018 | Sale | 225 | $0.2331 |
| Call $24 Exp 9/21/2018 | 8/21/2018 | Sale | 200 | $0.4800 |
| Call $24 Exp 11/16/2018 | 9/21/2018 | Sale | 12 | $0.6400 |
| Call $24 Exp 11/16/2018 | 9/21/2018 | Sale | 5 | $0.6400 |
| Call $24 Exp 11/16/2018 | 9/21/2018 | Sale | 5 | $0.6400 |
| Call $24 Exp 11/16/2018 | 9/21/2018 | Sale | 78 | $0.6400 |
| Call $25 Exp 11/16/2018 | 9/21/2018 | Sale | 100 | $0.3400 |
| | | | | |
| Account 2 | | | | |
| Common Stock | 5/21/2018 | Purchase | 12,800 | $19.2500 |
| Common Stock | 1/16/2019 | Purchase | 800 | $15.9799 |
| Common Stock | 1/16/2019 | Purchase | 2,797 | $15.9600 |
| Common Stock | 1/16/2019 | Purchase | 1,403 | $15.9800 |
| Common Stock | 1/17/2019 | Purchase | 5,000 | $15.7890 |
| Common Stock | 1/17/2019 | Purchase | 2,500 | $15.4468 |
| Common Stock | 1/17/2019 | Purchase | 2,500 | $15.3300 |
| Common Stock | 8/21/2018 | Purchase | 310 | $24.0000 |
| Common Stock | 8/21/2018 | Purchase | 10 | $24.0000 |
| Common Stock | 8/21/2018 | Purchase | 1,070 | $24.0000 |
| Common Stock | 8/21/2018 | Purchase | 8,610 | $24.0000 |
| Common Stock | 5/18/2018 | Sale | 13,000 | $18.0000 |
| Common Stock | 8/17/2018 | Sale | 12,800 | $20.0000 |
| | | | | |
| Call $19 Exp 6/15/18 | 5/21/2018 | Sale | 7 | $0.4300 |
| Call $19 Exp 6/15/18 | 5/22/2018 | Sale | 21 | $0.5800 |
| Call $19 Exp 6/22/18 | 5/22/2018 | Sale | 50 | $0.6200 |
| Call $19 Exp 6/29/18 | 5/22/2018 | Sale | 50 | $0.6400 |
| Call $20 Exp 8/17/18 | 7/6/2018 | Sale | 128 | $0.5700 |
| Call $24 Exp 11/16/18 | 9/21/2018 | Sale | 100 | $0.6100 |
| Call $24 Exp 9/21/18 | 8/21/2018 | Sale | 100 | $0.4800 |
| Call $24 Exp 9/21/18 | 9/21/2018 | Purchase | 100 | $0.0100 |