Adam S. Lurie (admitted *pro hac vice*)
Brenda D. DiLuigi (admitted *pro hac vice*)
Patrick C. Ashby (admitted *pro hac vice*)
**LINKLATERS LLP**
1345 Avenue of the Americas
New York, NY 10105
T: (212) 903-9000
F: (212) 903-9100
adam.lurie@linklaters.com
brenda.diluigi@linklaters.com
patrick.ashby@linklaters.com

Elizabeth A. Sperling (CA State Bar No. 231474)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
T: (213) 576-1000
F: (213) 576-1100
elizabeth.sperling@alston.com

Attorneys for Defendants Metro Bank PLC,
Vernon W. Hill, II, Craig Donaldson,
Mike Brierley, David Arden, and Aileen Gillan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO LAVDAS and STELLA LAVDAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>METRO BANK PLC, VERNON W. HILL, II, CRAIG DONALDSON, MIKE BRIERLEY, DAVID ARDEN, and AILEEN GILLAN<br><br>Defendants. | Case No. 2:19-cv-04739-TJH-JC<br>Assigned to: Hon. Terry J. Hatter, Jr.<br><br>**AMENDED DECLARATION OF SALLY-ANN JAMES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date: June 29, 2020<br>Time: UNDER SUBMISSION<br>NO APPEARANCES NECESSARY<br><br>FILED DATE:          May 30, 2019 |

## <u>DECLARATION OF SALLY-ANN JAMES</u>

I, Sally-Ann James, hereby declare as follows:

1.     I am General Counsel for Defendant Metro Bank PLC (the "Bank").[1]  I have personal knowledge of the facts stated below, and those facts are true and correct to the best of my knowledge.  If called as a witness to do so, I could and would testify competently thereto.

2.     The Bank is organized and registered under the laws of England and Wales and is headquartered and has its principal place of business in London, U.K. Exhibit A hereto is a true and correct copy of the Bank's registration with the U.K. Companies House, which establishes that the Bank is a public limited company, registered and authorized to do business in the U.K.  The Bank is governed by the laws of England and Wales.

3.     The Bank provides retail and commercial banking services exclusively in the U.K.  At no time has the Bank had offices, branches, or property in the U.S., including California.  The Bank is not registered to do business anywhere in the U.S. The Bank does not have a postal address or a telephone number in the U.S.  The Bank does not pay taxes in the U.S.

4.     The Bank has not brought any legal action in the U.S.

5.     During the Class Period, the Bank's annual shareholders meetings were held in the U.K.

6.     During the Class Period, the Bank's annual reports were placed online in, and otherwise distributed in hard copy from, the U.K.

7.     During the Class Period, the Bank did not hold any Board of Management meetings in the U.S.

---

[1]     Capitalized terms not otherwise defined herein have the meaning set forth in the Motion to Dismiss.

1

8.      In the U.K., the Bank is regulated by, among other bodies, the Prudential Regulation Authority ("PRA"), a division of the Bank of England that is responsible for the prudential regulation and supervision of banks, and the Financial Conduct Authority ("FCA"), which supervises and regulates the conduct of banks in the U.K. The Bank has publicly announced that both the PRA and the FCA are conducting investigations arising out of the Bank's January 23, 2019 disclosure that it had misclassified the risk weightings associated with certain of its assets.  The Bank is cooperating fully with those ongoing investigations.

9.      The Bank's stock is listed on the London Stock Exchange ("LSE") and trades under the ticker symbol "MTRO."  The Bank does not offer, list, trade, or sponsor its MTRO Securities—including any ADRs—on any stock exchange in the U.S.  The Bank does not register its MTRO Securities with the U.S. Securities and Exchange Commission ("SEC"), and does not make any filings with the SEC.  The Bank is not regulated by or required to make filings with the SEC or any other regulatory body in the U.S.  Indeed, during the Class Period, the Bank purposefully chose to list its securities only on the LSE and had no expectation of exposing itself to U.S. securities regulation and litigation.

10.      I understand that the allegations in the Complaint relate to securities that trade on the OTC market in the U.S. under the ticker symbol "MBNKF."  Metro Bank did not issue, sponsor, authorize, sanction, or have any involvement in the listing or trading of the MBNKF Securities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on ___9 March___, 2020.



SALLY-ANN JAMES

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2020, I caused a copy of **AMENDED DECLARATION OF SALLY-ANN JAMES IN SUPPORT OF THE DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** to be served upon counsel of record via the Court's NextGen CM/ECF system.

<u>/s/   *Elizabeth A. Sperling*</u>
Elizabeth A. Sperling

Attorneys for Defendants
Metro Bank PLC, Vernon W. Hill, II, Craig Donaldson,
Mike Brierley, David Arden, and Aileen Gillan

3

# Exhibit A

METRO BANK PLC – Overview (free company information from Companies House)                    1



5