# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMANN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> METRO BANK PLC, VERNON W. HILL, II, CRAIG DONALDSON, MIKE BRIERLEY, DAVID ARDEN, AND AILEEN GILLAN, <br><br> Defendants. | Case No. 2:19-cv-04739-TJH-JC <br><br> Assigned to:  Hon. Terry J. Hatter, Jr. <br><br> **ORDER GRANTING: LEAD PLAINTIFFS' MOTION FOR EXTENSION OF REMAINING BRIEFING SCHEDULE FOR MOTION TO DISMISS [56]** <br><br> Dept.:  9B <br> Filing Date:    April 23, 2020 |

## ORDER

The Motion of Lead Plaintiffs dated April 23, 2020, having come before the Court regarding modifying the schedule for the remaining briefing on the Motion to Dismiss the Amended Complaint, filed March 10, 2020, and good cause appearing for the requested relief,

IT IS HEREBY ORDERED THAT Lead Plaintiffs Motion of April 23, 2020, is GRANTED.

1.    Lead Plaintiffs must file any opposition to the Motion to Dismiss the Amended Complaint no later than June 15, 2020.

2.    Defendants shall file any reply in support of the Motion to Dismiss the Amended Complaint no later than September 3, 2020.


IT IS SO ORDERED.

DATED: __APRIL 28, 2020__

HONORABLE TERRY J. HATTER, JR.
United States District Judge

ORDER GRANTING: LEAD PLAINTIFFS' MOTION FOR EXTENSION OF REMAINING BRIEFING SCHEDULE
FOR MOTION TO DISMISS
CASE NO. 2:19-cv-04739-TJH-JC